IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BYRON BROWN, #105554**                                                         **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 1:05cv289LG-RHW**

**HARRISON COUNTY CIRCUIT COURT,
DISTRICT ATTORNEY'S OFFICE, CLAY BROWN,
and JUDGE JERRY O. TERRY**                               **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice for failure to comply with an order of this Court.

**SO ORDERED AND ADJUDGED** this the 28th day of February, 2006.

                                                   s/ *Louis Guirola, Jr.*
                                                   LOUIS GUIROLA, JR.
                                                   UNITED STATES DISTRICT JUDGE